CHARLES GUTKIN, Appellant, Respondent, v. HOWARD & HINCKLEY, INC., and Another, Defendants, Impleaded with FRANCIS Y. ROUSE and Another, Respond-

ents, Appellants.— Judgment affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.